# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| JIMMY HUMBERTO NUNEZ-AGUILAR, | )<br>)<br>) |
| Petitioner, | )<br>) |
| v. | ) Case No.:4:19-cv-00907-KOB-JEO<br>) |
| WILLIAM P. BARR, | )<br>) |
| Respondent. | ) |

## MEMORANDUM OPINION

On September 30, 2019, the magistrate judge filed a report, recommending that the court dismiss this petition for habeas corpus relief, filed pursuant to 28 U.S.C. § 2241, as moot because of the petitioner's August 29, 2019 release from ICE custody and removal to his native country of Honduras. (Doc. 17). No party filed any objections.

Having now carefully reviewed and considered *de novo* all the materials in the court file, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. The court finds that the writ of habeas corpus is due to be **DISMISSED AS MOOT**.

The court will enter a separate Final Order.

DONE and ORDERED this 23rd day of October.

_____
**KARON OWEN BOWDRE**
CHIEF UNITED STATES DISTRICT JUDGE